TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
tjwatson@ksjattorneys.com
*Attorneys for State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>                    Plaintiff,<br>vs.<br><br>JEREMY HUDSON, an individual; KOFI THOMAS, an individual; MICHAEL SIMON, an individual; PAUL PAULSEN, an individual; AUSTIN WISE, an individual; DAVID DANNY SPIVAK, an individual; JAMES BURBANO, an individual; WHOLESALE EXOTICS, INC., a Stock Corporation; EXCLUZAYY MOTORSPORTS, a California Corporation, THOMAS CLASSICS, an Ohio Corporation, DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | Case No.: 2:22-cv-02123-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT THOMAS CLASSICS TO FILE ITS ANSWER TO COMPLAINT** |

      COME NOW, Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Plaintiff"), by and through its counsel of record, KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., and Defendant, THOMAS CLASSICS, by and through its counsel of record, MICHAEL B. LEE, P.C., and hereby stipulate to extend the deadline for Defendant Thomas Classics' responsive pleading by thirty (30) days. The parties further stipulate that Defendant Thomas Classics will file its responsive pleading on or before **February 20, 2023.**

This stipulation is made in good faith and not for the purpose of delaying litigation.

DATED this 2nd day of February, 2023.

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.

*/s/ Tyler J. Watson, Esq.*_____
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
*Attorneys for State Farm Mutual Automobile Insurance Company*

DATED this 2nd day of February, 2023.

MICHAEL B. LEE, P.C.

*/s/ Michael B. Lee, Esq.*_____
MICHAEL B. LEE, ESQ.
Nevada Bar No. 10122
1820 E. Sahara Ave. Suite 110
Las Vegas, NV 89104
Tel: (702) 731-0244
Fax: (702) 477-0096
*Attorneys for Defendant Thomas Classics*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

Dated: February 2, 2023