1  MICHAEL B. LEE, ESQ.  (NSB 10122)
   MICHAEL B. LEE, P.C.
2  1820 E. Sahara Avenue, Suite 110
   Las Vegas, Nevada 89104
3  Telephone: (702) 477.7030
   Facsimile: (702) 477.0096
4  mike@mblnv.com
   Attorneys for THOMAS CLASSICS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY HUDSON, an individual; KOFI THOMAS, an individual; MICHAEL SIMON, an individual; PAUL PAULSEN, an individual; AUSTIN WISE, an individual; DAVID DANNY SPIVAK, an individual; JAMES BURBANO, an individual; WHOLESALE EXOTICS, INC., a Stock Corporation; EXCLUZAYY MOTORSPORTS, a California Corporation, THOMAS CLASSICS, an Ohio Corporation, DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-02123-RFB-EJY<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT THOMAS CLASSICS TO FILE ITS ANSWER TO COMPLAINT** |

Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Plaintiff"), by and through its counsel of record, KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., and Defendant, THOMAS CLASSICS, by and through its counsel of record, MICHAEL B. LEE, P.C., and hereby stipulate to extend the deadline for Defendant Thomas Classics' responsive pleading by thirty (30) days. The parties further stipulate that Defendant Thomas Classics will file its responsive pleading on or before **February 28, 2023.**

This stipulation is made in good faith and not for the purpose of delaying litigation. As a basis for this stipulation, MICHAEL B. LEE is serving as local counsel for Ohio corporation Thomas Classics', and Thomas Classics Verified Petition for Permission to Practice in this Only has been filed concurrently herewith and is currently pending with this Honorable Court.  Also, this stipulated

second extension will enable Thomas Classics to fully and fairly respond to all pleadings filed in this matter to date.

DATED this 16 day of February, 2023.

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.

*/s/ Tyler J. Watson*
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
*Attorneys for State Farm Mutual Automobile Insurance Company*

DATED this 16 day of February, 2023.

MICHAEL B. LEE, P.C.

*/s/ Michael B. Lee,*
MICHAEL B. LEE, ESQ.
Nevada Bar No. 10122
1820 E. Sahara Ave. Suite 110
Las Vegas, NV 89104
Tel: (702) 731-0244
Fax: (702) 477-0096
*Attorneys for Defendant Thomas Classics*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 16, 2023.