TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
SCOTT B. VAN ALFEN, ESQ.
Nevada Bar No. 5532
KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
tjwatson@ksjattorneys.com
svanalfen@ksjattorneys.com
*Attorneys for State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY HUDSON, an individual; KOFI THOMAS, an individual; MICHAEL SIMON, an individual; PAUL PAULSEN, an individual; AUSTIN WISE, an individual; DAVID DANNY SPIVAK, an individual; JAMES BURBANO, an individual; WHOLESALE EXOTICS, INC., a Stock Corporation; EXCLUZAYY MOTORSPORTS, a California Corporation, THOMAS CLASSICS, an Ohio Corporation, DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02123-RFB-EJY<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION AND EXTENSION OF TIME FOR SERVICE OF PROCESS ON DEFENDANTS KOFI THOMAS AND EXCLUZAYY MOTORSPORTS [ECF NO. 26]** |

The Court having reviewed Plaintiff STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's Motion for Service by Publication and Extension of Time for Service of Process on Defendants Kofi Thomas and Excluzayy Motorsports [ECF No. 26], and good cause appearing therefore, the Court finds and rules as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Service by Publication and Extension of Time for Service of Process on Defendants Kofi Thomas and Excluzayy Motorsports [ECF No. 26] is hereby GRANTED.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff shall have through and including April 28, 2023 to effect such service;

**IT IS HEREBY FURTHER ORDERED** that pursuant to Nev. R. Civ. P. 4.4, Plaintiff shall serve Defendants by publication in Nevada Legal News in Clark County, Nevada and Daily Journal in Los Angeles County, California at an interval of at least once per week for a period of four consecutive weeks.

**IT IS HEREBY FURTHER ORDERED** that the publication shall state the following:

SUMMONS – CIVIL

NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE

AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW. TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint. Object of Action: This is a Complaint. 1. If you intend to defend this lawsuit, within 21 days after this Summons is served on you, exclusive of the day of service, you must do the following: (a) File with the Clerk of this Court, whose address is shown below, a formal response to the Complaint in accordance with the rules of the Court, along with the appropriate filing fee. (b) Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the Plaintiff and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. 4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislatures each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Plaintiff will also send the Summons and Complaint to Defendants, with the instant Order attached thereto, at Defendants' last known addresses via USPS certified mail.

_____
U.S. MAGISTRATE JUDGE

Dated: March 7, 2023

Respectfully submitted by:

*/s/ Tyler J. Watson, Esq.*
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
SCOTT B. VAN ALFEN, ESQ.
Nevada Bar No. 5532
8985 S. Eastern Ave. Suite 200
Las Vegas, NV 89123
*Attorneys for Plaintiff*

Approved to as to Form and Content:

*/s/ Steven H. Burke, Esq.*
Steven H. Burke, Esq.
Nevada Bar No. 14037
9205 W. Russell Rd. Suite 240
Las Vegas, NV 89148
*Attorney for Defendant,*
*Jeremy Hudson*

*/s/ Kirk T. Kennedy, Esq.*
Kirk T. Kennedy, Esq.
Nevada Bar No. 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
*Attorney for Defendant,*
*James Burbano*

*/s/ Michael B. Lee, Esq.*
Michael B. Lee, Esq.
Nevada Bar No. 10122
1820 E. Sahara Avenue, Suite 110
Las Vegas, Nevada 89104
*Attorneys for Defendant,*
*Thomas Classics*