1  Luis A. Ayon, Esq.
   Nevada Bar No. 9752
2  **SOUTHWEST INJURY LAW, PLLC**
   8716 Spanish Ridge Ave, Suite 120
3  Las Vegas, NV 89148
   Telephone: (702) 600-3200
4  Facsimile: (602) 900-9947
   laa@swinjurylaw.com
5  *Attorneys for Plaintiff*

6

7                    **UNITED STATES DISTRICT COURT**

8                             **DISTRICT OF NEVADA**

9  | | |
   |---|---|
   | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, | Case No. 2:22-cv-02123-RFB-EJY |
   | Plaintiff, | **STIPULATION AND ORDER TO MOVE HEARING FOR DEFENDANT JEREMY HUDSON'S MOTION FOR EXTENSION OF SCHEDULING ORDER DATES AND TO REOPEN DISCOVERY *SECOND REQUEST*** |
   | vs. | |
   | JEREMY HUDSON, an individual; KOFI THOMAS, an individual; MICHAEL SIMON, an individual; PAUL PAULSEN, an individual; AUSTIN WISE, an individual; DAVID DANNY SPIVAK, an individual; JAMES BURBANO, an individual; WHOLESALE EXOTICS, INC., a Stock Corporation; EXCLUZAYY MOTORSPORTS, a California Corporation, THOMAS CLASSICS, an Ohio Corporation, DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive; | |
   | Defendants. | |
   | AND ALL RELATED CLAIMS, | |

       IT IS HEREBY STIPULATED between Plaintiff State Farm Mutual Automobile Insurance Company and Defendant Jeremy Hudson, by and through their undersigned counsel, that the hearing for Defendant Hudson's Motion for Extension of Scheduling Order Dates and to Reopen

///

1  Discovery currently set for December 9, 2024 at 10:30 am be moved to December 19, 2024 at 10:30
2  am due to scheduling conflicts.
3      Defendant JEREMY HUDSON's counsel, Luis A. Ayon, Esq. will be out of the country for
4  a prebooked vacation the week of December 9-13.

6      Respectfully submitted this 6th day of November, 2024.

**SOUTHWEST INJURY LAW**  
**DATE: 010/30/2024**

*/s/ Luis A. Ayon*
Luis A. Ayon, Esq.
Nevada Bar No. 9752
8716 Spanish Ridge Ave, Suite 120
Las Vegas, NV 89148
*Attorneys for Defendant, Jeremy Hudson*

**SCHNITZER, JOHNSON, & WATSON, CHTD.**  
**DATE:**

*/s/ Crystal Y. Case*
Tyler J. Watson, Esq.
Nevada Bar No. 11735
Crystal Y. Case, Esq.
Nevada Bar No. 14495
8985 S Eastern Ave, Ste 200
Las Vegas, NV 89123
*Attorneys for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that the Stipulation to Move Hearing for Defendant Jeremy Hudson's Motion for Extension of Scheduling Order (ECF No. 116) is GRANTED.

**IT IS FURTHER ORDERED** that the hearing set for December 9, 2024 at 10:30 a.m. is VACATED and RESCHEDULED for December 19, 2024 at 10:30 a.m. in LV Courtroom 3D before Magistrate Judge Elayan J. Youchah.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of November, 2024.