CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
**SCHNITZER, JOHNSON & WATSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
T: (702) 362-6666
F: (702) 362-2203
E: ccase@sjwlawfirm.com
Attorneys for State Farm

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY HUDSON, an individual; KOFI THOMAS, an individual; MICHAEL SIMON, an individual; PAUL PAULSEN, an individual; AUSTIN WISE, an individual; DAVID DANNY SPIVAK, an individual; JAMES BURBANO, an individual; WHOLESALE EXOTICS, INC., a Stock Corporation; EXCLUZAYY MOTORSPORTS, a California Corporation; THOMAS CLASSICS, an Ohio Corporation; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants.<br><br>AND ALL OTHER RELATED MATTERS. | Case No.:   2:22-cv-02123-RFB-EJY<br><br>**UNOPPOSED JOINT MOTION AND STIPULATION TO EXTEND TIME TO FILE A JOINT PRETRIAL ORDER WITH PROPOSED ORDER** |

COMES NOW, Plaintiff/Counter-Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and Defendant/Counter-Claimant/Cross-Claimant, JEREMY HUDSON, by and through their respective undersigned counsel of record, hereby stipulate and jointly move this Court to extend the time to file a Joint Pre-Trial Order in the above captioned matter seven (7) days. It is also agreed that the Joint Pre-Trial Order shall be filed on or before November 7, 2025.

/ / / / /

/ / / / /

All parties agree, stipulate, and jointly move this court for the extension for filing the Pre-Trial Order for good cause. Specifically, the undersigned counsel are currently in discussions regarding what evidence and witnesses can be abandoned for purposes of the upcoming trial to expedite and streamline the trial process. Further, the undersigned counsel have also agreed to participate in a magistrate settlement conference or other alternative method of dispute resolution (ADR) prior to incurring unnecessary trial preparation costs.

The undersigned declare under penalty of perjury that the foregoing is true and correct to the best of their respective knowledge. Further, each Declarant sayeth naught.

DATED this 31st day of October, 2025.

| **SCHNITZER, JOHNSON & WATSON** | **AYON LAW, PLLC** |
|---|---|
| /s/ Crystal Y. Case, Esq<br>CRYSTAL Y. CASE, ESQ.<br>Nevada Bar No. 14495<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Counsel for State Farm | /s/ Luis A. Ayon, Esq.<br>LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Avenue, Suite 115<br>Las Vegas, NV 89148<br>Counsel for Jeremy Hudson |

**O R D E R**

IT IS SO ORDERED. The Pre-Trial Order shall be filed on or before November 7, 2025.

DATED this 1st day of November, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**