TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
**SCHNITZER, JOHNSON & WATSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
T: (702) 362-6666
F: (702) 362-2203
E: tjwatson@sjwlawfirm.com
E: ccase@sjwlawfirm.com
Counsel for State Farm

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY HUDSON, an individual; KOFI THOMAS, an individual; MICHAEL SIMON, an individual; PAUL PAULSEN, an individual; AUSTIN WISE, an individual; DAVID DANNY SPIVAK, an individual; JAMES BURBANO, an individual; WHOLESALE EXOTICS, INC., a Stock Corporation; EXCLUZAYY MOTORSPORTS, a California Corporation; THOMAS CLASSICS, an Ohio Corporation; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:   2:22-cv-02123-RFB-EJY<br><br>**STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE AND** ~~**PROPOSED**~~ **ORDER** |
| AND ALL RELATED MATTERS. | |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 1 of 2

# STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff/Counter-Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, SCHNITZER, JOHNSON & WATSON and Defendant/Counterclaimant/Cross-Claimant, JEREMY HUDSON, by and through his counsel of record, LUIS AYON, ESQ., to schedule a settlement conference before the magistrate judge in the above captioned matter pursuant to FRCP 16 and LR 16-5.

IT IS FURTHER STIPULATED AND AGREED this request is made in attempt to resolve all claims in this matter, avoid incurring further litigation costs and expenses, and is not made for any intentional purposes of delay.

IT IS FURTHER STIPULATED AND AGREED all Stipulating Parties will participate and attend the settlement conference before the Magistrate Judge in good faith pursuant to FRCP 16(f)(1)(B).

IT IS FURTHER STIPULATED AND AGREED that the deadline to submit a joint pre-trial order be reset to 30 days following the settlement conference.

DATED this 24th day of December, 2025.

**SCHNITZER, JOHNSON & WATSON**

/s/ Tyler J. Watson, Esq.
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Counsel for State Farm

**AYON LAW, PLLC**

/s/ Luis A. Lyon, Esq.
LUIS A. LYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
Counsel for Jeremy Hudson

# O R D E R

IT IS SO ORDERED.

DATED this 24th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE