TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
**SCHNITZER, JOHNSON & WATSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
T: (702) 362-6666
F: (702) 362-2203
E: tjwatson@sjwlawfirm.com
E: ccase@sjwlawfirm.com
Counsel for State Farm

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY HUDSON, an individual; KOFI THOMAS, an individual; MICHAEL SIMON, an individual; PAUL PAULSEN, an individual; AUSTIN WISE, an individual; DAVID DANNY SPIVAK, an individual; JAMES BURBANO, an individual; WHOLESALE EXOTICS, INC., a Stock Corporation; EXCLUZAYY MOTORSPORTS, a California Corporation; THOMAS CLASSICS, an Ohio Corporation; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.:   2:22-cv-02123-RFB-EJY <br><br><br><br> **JOINT MOTION AND STIPULATION TO DISMISS ALL CLAIMS AGAINST STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND JEREMY HUDSON WITH PREJUDICE AND PROPOSED ORDER** |
| JEREMY HUDSON, an individual, <br><br> Counterclaimant, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Counter-Defendants | |

SCHNITZER JOHNSON & WATSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

SCHNITZER JOHNSON & WATSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas. Nevada 89123

JEREMY HUDSON, an individual,

Cross-Claimant,

v.

KOFI THOMAS, an individual; WHOLESALE EXOTICS, INC., a California Corporation, THOMAS CLASSICS, an Ohio Corporation, JAMES BURBANO, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Cross-Defendants.

COMES NOW, Plaintiff/Counter-Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and Defendant/Counter-Claimant/Cross-Claimant, JEREMY HUDSON, by and through their respective undersigned counsel of record, hereby stipulate and jointly move this Court to hereby dismiss, WITH PREJUDICE, all claims brought any and all parties against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and JEREMY HUDSON in the above captioned matter, all parties to bear their own fees, costs, and interest.

DATED this 23rd day of February, 2026.

**SCHNITZER, JOHNSON & WATSON**

/s/ Crystal Y. Case, Esq.
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Counsel for State Farm

**AYON LAW, PLLC**

/s/ Luis A. Ayon, Esq.
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, NV 89148
Counsel for Jeremy Hudson

**O R D E R**

IT IS SO ORDERED.

DATED this 24th day of February, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of February, 2026, I served a true and correct copy of the foregoing **JOINT MOTION AND STIPULATION TO DISMISS ALL CLAIMS AGAINST STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND JEREMY HUDSON <u>WITH</u> PREJUDICE AND PROPOSED ORDER** by submitting the document by United States First-Class Mail, postage pre-paid, addressed as follows:

<u>The following parties were served via US Mail and electronic mail</u>
Luis A. Ayon, Esq.
Ayon Law
8716 Spanish Ridge Ave. #115
Las Vegas, Nevada 89148
Attorney for Defendant/Counterclaimant Jeremy Hudson


<u>The following parties were served via US Mail only</u>
Paul Paulsen
120 Tustin Ave.
Newport Beach, CA 92663


Austin Wise
1841 Magnolia Ct.
Oceanside, CA 92054

/s/ Priscilla Hoffman
An employee of Schnitzer, Johnson & Watson