TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
**SCHNITZER, JOHNSON & WATSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
T: (702) 362-6666
F: (702) 362-2203
E: tjwatson@sjwlawfirm.com
E: ccase@sjwlawfirm.com
Counsel for State Farm

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY HUDSON, an individual; KOFI THOMAS, an individual; MICHAEL SIMON, an individual; PAUL PAULSEN, an individual; AUSTIN WISE, an individual; DAVID DANNY SPIVAK, an individual; JAMES BURBANO, an individual; WHOLESALE EXOTICS, INC., a Stock Corporation; EXCLUZAYY MOTORSPORTS, a California Corporation; THOMAS CLASSICS, an Ohio Corporation; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:    2:22-cv-02123-RFB-EJY<br><br>**[PROPOSED] ORDER GRANTING MOTION TO VOLUNTARILY DISMISS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S CLAIMS WITHOUT PREJUDICE AGAINST DEFENDANT (1) AUSTIN WISE AND (2) PAUL PAULSEN** |
| JEREMY HUDSON, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Counter-Defendants | |

Page 1 of 2

SCHNITZER JOHNSON & WATSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas. Nevada 89123

JEREMY HUDSON, an individual,

Cross-Claimant,

v.

KOFI THOMAS, an individual; WHOLESALE EXOTICS, INC., a California Corporation, THOMAS CLASSICS, an Ohio Corporation, JAMES BURBANO, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Cross-Defendants.

**[PROPOSED] ORDER GRANTING MOTION TO VOLUNTARILY DISMISS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S CLAIMS WITHOUT PREJUDICE AGAINST DEFENDANT (1) AUSTIN WISE AND (2) PAUL PAULSEN**

THIS MATTER having come before the Court, after reviewing all pretrial proceedings in the above-captioned matter; the Court being fully advised, pursuant to FRCP 41(a)(2) and *Watson v. Clark*, 716 F.Supp. 1354 (D. Nev. 1989), aff'd, 909 F.2d. 1490, and there being no potential plain legal prejudice as a result of the dismissal shown;

IT IS HEREBY ORDERED that State Farm Mutual Automobile Insurance Company's Claims Against Defendants Austin Wise and Paul Paulsen are hereby DISMISSED WITHOUT PREJUDICE.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**SCHNITZER, JOHNSON & WATSON**

*/s/ Crystal Y. Case, Esq.*
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Counsel for State Farm

**SCHNITZER JOHNSON & WATSON, CHTD.**
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2026, I served a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING MOTION TO VOLUNTARILY DISMISS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S CLAIMS WITHOUT PREJUDICE AGAINST DEFENDANT (1) AUSTIN WISE AND (2) PAUL PAULSEN** by submitting the document by United States First-Class Mail, postage pre-paid, addressed as follows:

The following parties were served via US Mail and electronic mail
Luis A. Ayon, Esq.
Ayon Law
8716 Spanish Ridge Ave. #115
Las Vegas, Nevada 89148
Attorney for Defendant/Counterclaimant Jeremy Hudson

The following parties were served via US Mail only
Paul Paulsen
120 Tustin Ave.
Newport Beach, CA 92663

Austin Wise
1841 Magnolia Ct.
Oceanside, CA 92054

/s/ Priscilla Hoffman
An employee of Schnitzer, Johnson & Watson